# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SEVERSON,<br><br>        Petitioner,<br><br>        vs.<br><br>GUILLERMO GARCIA, Warden,<br><br>        Respondent. | Case No. CV 10-1789-MMM (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Superseding Report and Recommendation of the United States Magistrate Judge. No objections to the Superseding Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  June 15, 2011

                                            MARGARET M. MORROW
                                            UNITED STATES DISTRICT JUDGE