# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SEVERSON,<br><br>    Petitioner,<br><br>vs.<br><br>GUILLERMO GARCIA,<br>Warden,<br><br>    Respondent. | Case No. CV 10-1789-MMM (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 15, 2011

*/s/ Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE